IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERNARD TENNER,** : | |
| Petitioner, : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-2615** |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE, et al.,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of November, 2014, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. 1), and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. 20), **IT IS HEREBY ORDERED AND DECREED:**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. There is **no** basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**